No. 98–5269. WALKER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 98–5275. RENSHAW v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 98–5302. STOCKDALE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5333. MUSCA v. FRANK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–5663. EDMOND v. WILSON, WARDEN, ET AL. Ct. App. Colo. Certiorari denied.

No. 98–5664. FRIEND v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 98–5669. DEYONGHE v. SCOTT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 98–5670. HOLMES, AKA RICHARDS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5676. KEYES v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 98–5679. JACKSON v. SHANKS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 98–5682. CRESPIN v. NEW MEXICO ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–5683. BANKERT v. SHANKS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–5689. NAPPER v. HARDY ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–5692. KENDRICK v. COHN, COMMISSIONER, INDIANA DEPARTMENT OF CORRECTION. C. A. 7th Cir. Certiorari denied.

No. 98–5694. WADE v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.